FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ANDERSON, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PRODUCT CARE COMPANY, an Illinois corporation, and VIRGINIA SURETY COMPANY, INC., an Illinois corporation,<br><br>    Defendants. | No. 2:23-CV-00353-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 16. Plaintiff is represented by Brian Cameron; Christopher Hogue, and Shayne Sutherland. Defendants are represented by Alan Estes, III, Brian Perryman, Brank Burt, and William Hughbanks.

Plaintiff indicates the parties have agreed that this action be dismissed with prejudice and without costs or attorneys' fees to any party.

//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' agreement, the above-captioned action is **dismissed** with prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 20th day of June 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**